Charles E. CARTER, Plaintiff–
Appellant,

v.

CLARENDON COUNTY FIRE
DEPARTMENT, Defendant–
Appellee,

and

Officer Barney Dozier, Clarendon
County Sheriffs Dept.,
Defendant.

No. 11–1683.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 19, 2011.

Charles E. Carter, Appellant Pro Se. Charles Lloyd Appleby, Gary Thomas Culbreath, Collins & Lacy, Columbia, South Carolina, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles E. Carter seeks to appeal the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Clarendon County Fire Department. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Carter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*